THE HONORABLE LAUREN KING

**UNITED STATES DISTRICT COURT**

**WESTERN DISTRICT OF WASHINGTON**

**AT SEATTLE**

| | |
|---|---|
| BRYLEE DAVIDSON, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>AMERICAN EAGLE OUTFITTERS, INC.,<br><br>Defendant. | CASE NO.: 2:26-cv-02425-LK<br><br>**STIPULATION AND ~~[PROPOSED]~~ ORDER SETTING BRIEFING SCHEDULE FOR MOTION TO STAY AND RESETTING INITIAL CASE MANAGEMENT AND DISCOVERY DEADLINES** |



CORR CRONIN LLP
1015 Second Avenue, 10th Floor
Seattle, Washington 98104-1001
Tel (206) 625-8600
Fax (206) 625-0900

# ORDER

This Court, having considered the Parties' Stipulation Setting Briefing Schedule for Motion to Stay and Resetting Initial Case Management and Discovery Deadlines ("Stipulation") and all papers filed in support thereof, and good cause appearing, hereby GRANTS the Stipulation in its entirety. The Court hereby ORDERS that:

(i) Plaintiff's response to the Motion to Stay will be due on August 24, 2026;

(ii) Defendant's reply in support of the Motion to Stay will be due on August 31, 2026, and the Noting Date for the Motion to Stay will be reset to August 31, 2026;

(iii) The Initial Scheduling Dates will be set as follows, barring further order of the Court: the Parties will hold their FRCP 26(f) conference on September 30, 2026, exchange initial disclosures on October 14, 2026, and submit a joint status report and discovery plan on October 28, 2026, but agree to meet and confer on an alternative schedule should the Court issue a decision on the forthcoming filing before that date, or should such filing still be pending at those dates; and

(iv) This stipulation is without prejudice to, or waiver of, any rights or defenses otherwise available to the Parties and is not a concession by either Party that discovery should, or should not, proceed before American Eagle's forthcoming filing is resolved.

**IT IS SO ORDERED** this 10th day of August, 2026.

By: Lauren King

The Honorable Lauren King



CORR CRONIN LLP
1015 Second Avenue, 10th Floor
Seattle, Washington 98104-1001
Tel (206) 625-8600
Fax (206) 625-0900